IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | MISC. NO. MJ-15-92-N<br><br>**Filed Under Seal** |

## MOTION TO SEAL

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the Application, Order, this motion, and any resulting order in the above-captioned matter for ninety (90) days.

Government agents from the United States Marshals Service and other state and federal agencies are currently investigating the location of a federal fugitive. This investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the investigation may seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. The United States therefore requests that the search Application, Order, this motion, and any resulting order all be sealed for ninety (90) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the ninety (90) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter for ninety (90) days.

          Respectfully Submitted,

          KENYEN R. BROWN
          UNITED STATES ATTORNEY


By:  /s/ Sean P. Costello_____
     **Sean P. Costello**
     Assistant United States Attorney
     United States Attorney's Office
     63 South Royal Street, Suite 600
     Mobile, Alabama 36602
     Telephone: (251) 441-5845
     Facsimile: (251) 441-5277

Case 1:15-mj-00092-N   Document 3   Filed 09/03/15   Page 3 of 3